**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MELODY A. RUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-04027-WDQ |
| ) | |
| EQUIFAX, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF SETTLEMENT**

The Plaintiff and the Defendant hereby notify the Court that the claims asserted by the Plaintiff in the Complaint have been settled and that a Stipulation of Dismissal With Prejudice will be filed upon completion of the settlement terms in the next thirty days.

_____/s/ Nathan D. Adler_____
Nathan D. Adler
Bar No. 22645
NEUBERGER, QUINN, GIELEN, RUBIN &
GIBBER, P.A.
One South Street, 27th Floor
Baltimore, Maryland  21202-3201
Tel:  (410) 332-8516
Fax: (410) 332-8517
nda@nqgrg.com

*Attorneys for Equifax Information Services LLC*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of May, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of Court using the CM/ECF system and served a copy by U.S. Mail to the following:

Melody A. Russell
P.O. Box 35
Glen Burnie, MD 21060

                                                */s/ Nathan D. Adler*
                                                 Nathan D. Adler

357751/343.166